IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRYAN KIMBERLY HEDDEN and CYNTHIA HEDDEN | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:13-cv-1986 TWP-TAB |
| v. | ) ) ) | |
| A.W. Chesterton Co., et al. Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION TO REMAND AND MOTION TO STRIKE RESPONSE**
And
<u>MOTION TO VACATE HEARING ON MOTION TO REMAND</u>

Plaintiffs move for leave to withdraw their pending Motion to Remand (doc. #22) and Motion to Strike Response (doc. #76), and associated briefing. Plaintiffs' further request the Court vacate the currently scheduled April 3, 2014 (doc #82) hearing on these issues. Plaintiffs' counsel contacted Christopher Wahl, attorney for removing parties General Electric and Westinghouse, who indicated those Defendants have no objection to Plaintiff's withdrawals or the Court vacating its April 3, 2014 hearing.

Respectfully Submitted:

March 28, 2014

<u>/s/ Todd Barnes</u>
Kathleen A. Farinas, 20283-34
Todd Barnes, 25904-49
**GEORGE & FARINAS, LLP**
151 North Delaware Street, Suite 1700
Indianapolis, Indiana  46204
Tel: (317) 637-6071/Fax: (317) 685-6505
<u>kf@lgkflaw.com</u>; <u>tb@lgkflaw.com</u>

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 28, 2014, the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Jason Kennedy / Jill Felkins / Lindsey Rodgers<br>SEGAL McCAMBRIDGE SINGER & MAHONEY LTD<br>Willis Tower, 233 S. Wacker, Ste. 5500<br>Chicago, IL 60606<br>Tel: 312-645-7800<br>IndAsbestos@smsm.com | **A.W. Chesterton Co.**<br>**Aurora Pump Co.**<br>**Gardner Denver, Inc.**<br>**John Crane** |
| Christopher Wahl / Keith Hays / David Saferight<br>Hill Fulwider, PC<br>One Indiana Square, Ste. 2400<br>211 N. Pennsylvania St.<br>Indianapolis, IN 46204-2031<br>Tel: 317-488-2000<br>chris@hillfulwider.com;  Khays@hillfulwider.com;<br>David@Hillfulwider.com | **CBS/Viacom/Westinghouse**<br>**General Electric** |
| Dan Long / John Babione<br>FROST BROWN TODD LLC<br>201 N. Illinois St., Ste. 1900<br>P.O. Box 44961<br>Indianapolis, IN 46244<br>Tel: 317-237-3800<br>loktox@fbtlaw.com | **CertainTeed Corp.**<br>**Honeywell International, Inc.**<br>**Union Carbide Corp.** |
| Doug King / Daniel Trachtman / John Waller / James Boyers / Matt Adolay / Travis Smith / Kip McDonald / Erica Drew / Justin Kashman<br>WOODEN & McLAUGHLIN LLP<br>One Indiana Sq., Ste. 1800<br>Indianapolis, IN 46204<br>Tel: 317-639-6151<br>jwaller@woodmclaw.com; dking@woodmclaw.com;<br>dtrachtman@woodmclaw.com; jboyers@woodmclaw.com;<br>madolay@woodmclaw.com; tsmith@woodmclaw.com;<br>jkashman@woodmclaw.com;<br>edrew@woodmclaw.com; kmcdonald@woodmclaw.com | **Crane Co.**<br>**Crown Cork & Seal Co.**<br>**Metropolitan Life**<br>**Warren Pumps** |
| Jeffrey Musser<br>Rocap Musser LLP<br>10401 N. Meridian St., Ste. 120<br>Indianapolis, IN 46290<br>Tel: 317-846-0700<br>jam@rocap-law.com | **Fargo Insulation** |
| Andrew Detherage / John Mattingly<br>BARNES & THORNBURG LLP<br>11 S. Meridian St.<br>Indianapolis, IN 46204<br>Tel: 317-236-1313 | **Georgia-Pacific, LLC** |

| | |
|---|---|
| andy.detherage@btlaw.com; jmatting@btlaw.com | |
| Sonia Das<br>Rocap Musser LLP<br>10401 N. Meridian St., Ste. 120<br>Indianapolis, IN 46290<br>Tel: 317-846-0700<br>sdas@rocap-law.com | **Goulds Pumps** |
| Daun Weliever<br>LEWIS WAGNER LLP<br>501 Indiana Ave. Ste. 200<br>Indianapolis, IN 46202<br>Tel: 317-237-0500<br>dweliever@lewiswagner.com | **Ingersoll-Rand** |
| John Woodard, Jr.<br>WYATT, TARRANT & COMBS LLP<br>500 W. Jefferson St., Ste. 2800<br>Louisville, KY 40202<br>Tel: 502-589-5235<br>jwoodard@wyattfirm.com | **IMO f/k/a IMO DeLaval** |
| Michelle Wahl<br>SWANSON MARTIN & BELL<br>330 N. Wabash, St. 300<br>Chicago, IL 60611<br>Tel: 312-321-9100<br>mwahl@smbtrials.com | **Link-Belt Construction Equipment** |
| Reginald Bishop<br>Roberts & Bishop<br>118 N. Delaware St.<br>Indianapolis, IN 46204<br>Tel: 317-631-1151<br>rbishop@roberts-bishop.com | **Riley Power f/k/a Babcock Borsig Power, Inc.** |
| | **SPX, successor to Copes-Vulcan, Inc.** |
| | **Yarway Corp.** |

/s/ Todd Barnes
Todd Barnes